# COURT MINUTES

Page 12

## Magistrate Judge Alicia O. Valle

Atkins Building Courthouse - 9th Floor      Date: 9/20/2024     Time: 10:00 a.m.

Defendant: Malone Lam      J#: 36792-511   Case #: 24-3998-MJ-VALLE

AUSA: Jonathan Stratton      Attorney: Jeffrey Weiner (TEMP) & Diego Weiner (TEMP)

Violation: Warr/Ind/District of Columbia/Conspiracy to Commit Wire Fraud, Money Laundering

Proceeding: RRC, PTD, Removal      CJA Appt:

Bond/PTD Held: ☒ Yes  ☐ No      Recommended Bond: Pretrial Detention

Bond Set at: Pretrial Detention      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services / Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
*No Brady Order*
- Atty Diego Weiner present filed a Temporary notice of appearance in open court;
- Detention Hearing held;
- Gov't seeks PTD based on risk of flight/danger
- S/A Justin Gallenstein, FBI sworn and testified
- Court granted Gov'ts ore tenus Mtn for PTD, flight/danger.
- Deft. Waived Identity Hearing
- Court ordered Deft. Removed to the District of Columbia

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 12:01:05      Time in Court: 35 minutes