AOV,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: **1:24−mj−03998−AOV**−1

| | |
|---|---|
| Case title: USA v. LAM | Date Filed: 09/19/2024 |

Assigned to: Magistrate Judge Alicia O. Valle

**Defendant (1)**

| | | |
|---|---|---|
| **Malone Lam**<br>36792−511<br>*YOB: 2004; English* | represented by | **Diego Weiner**<br>JEFFREY S. WEINER, P.A.<br>9130 S. DADELAND BLVD.<br>SUITE 1910<br>MIAMI, FL 33156<br>305 670−9919<br>Email: <u>lawfirm@jeffweiner.com</u><br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary*<br><br>**Yisel Villar**<br>Jeffrey S. Weiner, P.A.<br>9130 S. Dadeland Boulevard<br>Suite 1910<br>Miami, FL 33156<br>3056709919<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

WARRANT\DISTRICT OF COLUMBIA\INDICTMENT\Instruments) U.S.C. § 1349 (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Noticing AUSA CR TP/SR** |
| | | Email: Usafls.transferprob@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2024 | 1 | Magistrate Judge Removal of Indictment from District of Columbia Case number in the other District 1:24–cr–00417 as to Malone Lam (1). (kan) (Entered: 09/20/2024) |
| 09/19/2024 | 2 | Order to Unseal as to Malone Lam. Signed by Magistrate Judge Alicia O. Valle on 9/19/2024. (fbn) (Entered: 09/20/2024) |
| 09/19/2024 | 3 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Yisel Villar appearing for Malone Lam. (fbn) (Entered: 09/20/2024) |
| 09/19/2024 | 4 | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Malone Lam held on 9/19/2024. Date of Arrest or Surrender: 9/18/2024. Defense request to reset Detention, Report Re: Counsel, and Removal–GRANTED. Pretrial Detention Hearing set for 9/20/2024 at 10:00 AM in the Miami Division before MIA Duty Magistrate Judge. Removal Hearing set for 9/20/2024 at 10:00 AM in the Miami Division before MIA Duty Magistrate Judge. Report Re: Counsel Hearing set for 9/20/2024 at 10:00 AM in the Miami Division before MIA Duty Magistrate Judge. Attorney added: Yisel Valdes for Malone Lam (Digital 14:38:37; 16:14:45) Signed by Magistrate Judge Alicia O. Valle on 9/19/2024. (fbn) (Entered: 09/20/2024) |
| 09/20/2024 | | Attorney update in case as to Malone Lam. Attorney Yisel Valdes terminated/removed (Attorney added in error). (jc) (Entered: 09/20/2024) |
| 09/20/2024 | 5 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Diego Weiner appearing for Malone Lam. (fbn) (Entered: 09/23/2024) |
| 09/20/2024 | 6 | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Status Conference RE: Detention Hearing and Removal; Report RE: Counsel as to Malone Lam held on 9/20/2024. Attorney filed a temporary notice of appearance in open court. Detention hearing held. Witness: Special Agent Justin Gallenstein, FBI sworn and testified. The Court grants the Government request for PTD based on flight and danger. Defendant waived removal hearing see waiver of executed. Court ordered defendant removed to the District of Columbia. (Digital 12:01:05) Signed by Magistrate Judge Alicia O. Valle on 9/20/2024. (ogn1) (Entered: 09/23/2024) |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
MALONE LAM

Defendant

Case No.

**24-MJ-3998-VALLE**

FILED BY MO D.C.
SEP 19 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MALONE LAM**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date: 09/17/2024

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____   *Arresting officer's signature* |
| *Printed name and title* |

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on June 14, 2024**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **UNDER SEAL**  **24-MJ-3998-VALLE** |
| | : | |
| **MALONE LAM,** | : | **VIOLATIONS:** |
| Also known as "Anne Hathaway," | : | |
| Also known as "$$$," and | : | **COUNT 1:** |
| | : | 18 U.S.C. § 1349 |
| **JEANDIEL SERRANO,** | : | (Conspiracy to Commit Wire Fraud) |
| Also known as "VersaceGod," | : | |
| Also known as "@SkidStar," | : | **COUNT 2:** |
| | : | 18 U.S.C. § 1956(h) |
| **Defendants.** | : | (Conspiracy to Launder Monetary |
| | : | Instruments) |
| | : | |
| | : | **FORFEITURE:** |
| | : | 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) |

Case: 1:24-cr-00417
Assigned To : Judge Colleen Kollar-Kotelly
Assign. Date : 9/17/2024
Description: INDICTMENT (B)

### INDICTMENT

The Grand Jury charges that, at all times material to this Indictment, on or about the dates and times stated below:

### The Conspiracy

1. From at least in or around August 2024 and continuing through at least September 2024, **MALONE LAM ("LAM")** and **JEANDIEL SERRANO ("SERRANO")** conspired with each other and others to carry out cryptocurrency thefts and to launder stolen cryptocurrency through various cryptocurrency exchanges and mixing services.

2. The co-conspirators in this scheme included, among others,

4

      a.      **MALONE LAM,** who used the online monikers "Anne Hathaway," and "$$$" to coordinate and execute cryptocurrency fraud; and

      b.      **JEANDIEL SERRANO,** who used the online monikers "VersaceGod" and "@SkidStar" to coordinate and execute cryptocurrency fraud.

### Purpose of the Conspiracy

3. The object of the conspiracy was for **LAM, SERRANO**, and others (collectively, the "co-conspirators") to unjustly enrich themselves by targeting victims for cryptocurrency thefts and fraud and laundering the proceeds to disguise the origin and ownership of the stolen cryptocurrency.

### Manner and Means

4. Beginning at least in or around August 2024 until at least September 2024, **LAM, SERRANO**, and other co-conspirators, within the District of Columbia and elsewhere, carried out the conspiracy through the following manner and means, among others:

      a.      Co-conspirators, including **LAM, SERRANO,** and others gained access to victim cryptocurrency accounts and unlawfully transferred victim funds into their possession.

      b.      Co-conspirators, including **LAM, SERRANO,** and others laundered fraud proceeds through various cryptocurrency exchanges and mixing services in an attempt to conceal and disguise the origin and ownership of the stolen proceeds.

      c.      Co-conspirators, including **LAM, SERRANO,** and others used the illegally obtained cryptocurrency to purchase international travel, service at

2

nightclubs, numerous luxury automobiles, watches, jewelry, designer handbags, and to pay for rental homes in Los Angeles and Miami.

5. Among other things, on or about August 18, 2024, in furtherance of the conspiracy and to effect the objects thereof, the co-conspirators, including **LAM** and **SERRANO**, engaged in digital communications with Victim-1 in Washington, D.C., and through such communications fraudulently obtained the means to, and fraudulently did, transfer and steal over 4,100 Bitcoin ("BTC") (then worth over $230,000,000.00) from Victim-1.

## COUNT ONE
### (18 U.S.C. § 1349)
### (Conspiracy to Commit Wire Fraud)

6. Paragraphs 1 through 5 are re-alleged herein.

7. Beginning on a date unknown, but no later than in or around August 2024, and continuing until in or around at least September 2024, within the District of Columbia and elsewhere, the defendants,

**MALONE LAM and
JEANDIEL SERRANO**

did knowingly and willfully conspire, confederate, and agree, with each other and with other persons, to commit wire fraud by devising, intending to devise, and engaging in a scheme to defraud and to obtain money, property, and cryptocurrency from Victim-1 and others by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme to defraud, did knowingly cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds.

(In violation of Title 18, United States Code, Section 1349)

3

## COUNT TWO
## (18 U.S.C. § 1956(a)(1)(B)(i))
## (Laundering of Monetary Instruments)

8. Paragraphs 1 through 5 are re-alleged herein.

9. From in or around at least August 2024 and continuing through at least September 2024, in the District of Columbia and elsewhere, the defendants,

## MALONE LAM and
## JEANDEIL SERRANO

did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: the movement of $230,000,000 in stolen cryptocurrency which involved the proceeds of a specified unlawful activity, that is an offense under Title 18, United States Code, Section 1349, relating to the conspiracy to commit wire fraud as alleged in Count One of the Indictment, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## MANNER AND MEANS

10. The manner and means used to accomplish the objectives of the conspiracy included, among others,

    a. Co-conspirators including **LAM** and **SERRANO**, directly and through others, transferring portions of the $230,000,000 in stolen cryptocurrency between multiple cryptocurrency addresses and through cryptocurrency

4

7

      mixers and exchanges for the purpose of concealing ownership and disguising the origin and current location of the stolen funds.

   b. Co-conspirators including **LAM** and **SERRANO** using peel chains and pass-through wallet addresses for the purpose of concealing ownership and disguising the location of the stolen funds.

   c. Co-conspirators including **LAM** and **SERRANO** attempting to obfuscate their identities by using virtual private network ("VPN") services to attempt to mask their true IP addresses.

(In violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(i))

## FORFEITURE ALLEGATION

11. Upon conviction of the offense alleged in Count One of this Indictment, the defendants **LAM** and **SERRANO** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

12. Upon conviction of the offense alleged in Count Two of this Indictment, the defendants **LAM** and **SERRANO** shall forfeit to the United States any property, real or personal, involved in these offenses, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).

## MONEY JUDGMENT

13. In the event of conviction, the United States will seek a forfeiture money judgment against the defendants.

## SUBSTITUTE ASSETS

5

8

14. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(Criminal Forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p)).

A TRUE BILL

FOREPERSON

*Matthew M. Graves/jrh*
MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-MJ-3998-VALLE(SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Malone Lam,
    Defendant(s).
_____/

### ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 9/19/2024

*Alicia O. Valle*
**Alicia O. Valle**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24 mj 3998 - Valle

UNITED STATES OF AMERICA,
        Plaintiff,

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

v.

Malone Lam

        Defendant.
_____/

COMES NOW Yisel Villar from Jeffrey S. Weiner, P.A. and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Yisel Villar

Counsel's Signature: [signature]

Address (include City/State/Zip Code): Jeffrey S. Weiner, P.A.
9130 South Dadeland Blvd. #1910
Miami FL 33156

Telephone: 305 670 9919      Florida Bar Number: 1015657

Date: 09/19/24

11

# MINUTE ORDER
Page 10

## Magistrate Judge Alicia O. Valle

Atkins Building Courthouse - 9th Floor    Date: 9/19/2024   Time: 2:00 p.m.

Defendant: Malone Lam    J#: 36792-511    Case #: 24-MJ-3998-VALLE(SEALED)
AUSA: Anthony Reynolds    Attorney: Yisel Valera for Jeffrey Weiner (TEMP)
Violation: District of Columbia/WARR/INDICT/Conspiracy to commit wire fraud    Surr/Arrest Date: 9/18/24    YOB: 2004

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs    Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Disposition:
- Defendant advised of his rights & charges
- Defendant sworn
- Gov't request to unseal complaint - granted -
- Defense request to reset for Detention Hrg, PRC & Removal Hrg - granted -

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:    9/20/24    10:00am    Duty    Miami
PTD/Bond Hearing:    "    "    "    "
Prelim/Arraign or Removal:    "    "    "    "
Status Conference RE:
D.A.R. 14:38:37 , 16:14:45    Time in Court: 8 mins

s/Alicia O. Valle
Magistrate Judge

12

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Yisel Valdes
(caseview.ecf@usdoj.gov, edna.aguayo.melendez@usdoj.gov, usafls-hqdkt@usdoj.gov,
yisel.valdes3@usdoj.gov), Magistrate Judge Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:24791868@flsd.uscourts.gov
Subject:Activity in Case 1:24-mj-03998-AOV USA v. LAM Terminate Attorneys
Content−Type: text/html
```

# U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 9/20/2024 at 4:36 PM EDT and filed on 9/20/2024

**Case Name:** USA v. LAM  
**Case Number:** 1:24−mj−03998−AOV  
**Filer:**  
**Document Number:** No document attached  

**Docket Text:**
**Attorney update in case as to Malone Lam. Attorney Yisel Valdes terminated/removed (Attorney added in error). (jc)**

**1:24−mj−03998−AOV−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR     Usafls.transferprob@usdoj.gov

Yisel Valdes     yisel.valdes3@usdoj.gov, CaseView.ECF@usdoj.gov, Edna.Aguayo.Melendez@usdoj.gov, USAFLS−HQDKT@usdoj.gov

**1:24−mj−03998−AOV−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

Yisel Villar
Jeffrey S. Weiner, P.A.
9130 S. Dadeland Boulevard
Suite 1910
Miami, FL 33156

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-mj-3998-Valle

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Malone Lam

        Defendant.
_____/

COMES NOW Diego Weiner, Esq. / Jeffrey S. Weiner, P.A. and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Diego Weiner

Counsel's Signature: _____

Address (include City/State/Zip Code):

Jeffrey S. Weiner, P.A. 9130 S. Dadeland Blvd. #1910
Miami FL 33156

Telephone: 305 670.9919    Florida Bar Number: 0122454

Date: 09/20/24

14

# COURT MINUTES

Page 12

## Magistrate Judge Alicia O. Valle

Atkins Building Courthouse - 9th Floor     Date: 9/20/2024    Time: 10:00 a.m.

Defendant: Malone Lam    J#: 36792-511    Case #: 24-3998-MJ-VALLE
AUSA: Jonathan Stratton    Attorney: Jeffrey Weiner (TEMP) & Diego Weiner (TEMP)
Violation: Warr/Ind/District of Columbia/Conspiracy to Commit Wire Fraud, Money Laundering
Proceeding: RRC, PTD, Removal    CJA Appt:
Bond/PTD Held: ☒ Yes ☐ No    Recommended Bond: Pretrial Detention
Bond Set at: Pretrial Detention    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*No Brady Order*

- Atty Diego Weiner present filed a Temporary notice of appearance in open court;
- Detention hearing held; Gov't seeks PTD based on risk of flight/danger
- S/A Justin Gallenstein, FBI sworn and testified
- Court granted Gov'ts ore tenus Mtn for PTD, flight/danger
- Deft. Waived Identity hearing
- Court ordered Deft. Removal to the District of Columbia

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 12:01:05     Time in Court: 35 minutes

15